# Court of Appeals
# of the State of Georgia

ATLANTA, April 08, 2021

*The Court of Appeals hereby passes the following order*

**A21D0247. IN THE INTEREST OF M. J. T. et al., CHILDREN (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

20JV0320 20JV0321 20JV0322



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 08, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*